**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| **DARRELL KIMBROUGH, MSN, FNP-C** § § § | |
| **Plaintiff,** § § | |
| V. § | Civil No. _____ |
| § | |
| **NAEEM KAHN, M.D. and** § **AMARILLO URGENT CARE, LLC** § § | |
| **Defendants.** § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rules 3.1(c) and 7.4, Plaintiff **DARRELL KIMBROUGH, MSN, FNP-C** ("Plaintiff") files this Certificate of Interested Persons.

There are no non-governmental, corporate parties to this action.

The following is a complete list of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which, to Plaintiff's knowledge, are financially interested in the outcome of this case:

1. Darrell Kimbrough, MSN, FNP-C, Plaintiff

2. Naeem Kahn, M.D., Defendant

3. Amarillo Urgent Care, LLC, Defendant

To Plaintiff's knowledge, no other person or entity is financially interested in the outcome of this litigation.

|  |  |
|---|---|
| Date: April 27, 2018 | Respectfully submitted, |
|  | MULLIN HOARD & BROWN, L.L.P.<br>500 South Taylor, Suite 800<br>P. O. Box 31656<br>Amarillo, Texas 79120-1656<br>PHONE: (806) 372-5050<br>FAX: (806) 372-5086<br>/s/ Shawn D. Twing<br>Shawn D. Twing, SBN 00798008<br>stwing@mhba.com |
|  | -- and – |
|  | Elizabeth A. Chermel, SBN 24074026<br>bchermel@mhba.com |
|  | Attorneys for Plaintiff Darrell Kimbrough, MSN, FNP-C. |