IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **DARRELL KIMBROUGH, MSN, FNP-C** | § § § § | |
| **Plaintiff,** | § § | |
| **V.** | § § | Civil No. 2:18-CV-082-D |
| **NAEEM KAHN, M.D. and AMARILLO URGENT CARE, LLC** | § § § § | |
| **Defendants.** | § | |

## ENTRY OF APPEARANCE
## FOR PLAINTIFF DARRELL KIMBROUGH, MSN, FNP-C

To the Clerk of the Court:

Please enter the appearance of Elizabeth A. Chermel, State Bar No. 24074026, Mullin Hoard & Brown, LLP, 2515 McKinney Ave, Suite 900, Dallas, TX 75201, as additional counsel of record for Plaintiff, Darrell Kimbrough.

Chermel is a member in good standing with the State Bar of Texas and is admitted to practice law in the United States District Court for the Northern District of Texas.

                                                Respectfully submitted,

June 1, 2018                      **MULLIN HOARD & BROWN, LLP**

                                                SHAWN D. TWING, SBN 00798008
                                                500 S. Taylor St., Suite 800
                                                Amarillo, Texas 79101-1656
                                                (806) 372-5050 telephone
                                                (806) 3725086 facsimile
                                                stwing@mhba.com

                                                By: /s/ Shawn D. Twing
                                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing *Entry of Appearance* has been served this 1st day of June, 2018, to the following counsel of record, via email:

Bryan Owens
bryan@owenscriminaldefense.com

                                        /s/ Shawn D. Twing
                                        Shawn D. Twing