UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DARRELL KIMBROUGH, MSN, FMP-R
Plaintiff

v.

2:18-CV-00082-D
Civil Action No.

NAEEM KHAN, M.D.; ET AL
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,
NAEEM KHAN, M.D. AND AMARILLO URGENT CARE, LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*
NONE

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*
NAEEM KHAN, M.D.

| | |
|---|---|
| Date: | JUNE 8, 2018 |
| Signature: | /s/  BRYAN OWENS |
| Print Name: | BRYAN OWENS |
| Bar Number: | 24049229 |
| Address: | 2608 HIBERNIA ST., #105 |
| City, State, Zip: | DALLAS, TX 75204 |
| Telephone: | 214-304-5429 |
| Fax: | |
| E-Mail: | BRYAN@OWENSCRIMINALDE |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons