IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARRELL KIMBROUGH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-82-D |
| | § | |
| NAEEM KAHN, MD and | § | |
| AMARILLO URGENT CARE, LLC | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING JOINT MOTION TO STAY SCHEDULING DEADLINES**

Before the Court is the *Joint Motion to Stay Scheduling Deadlines* filed Sunday, July 29, 2018 [ECF 11]. Said motion is GRANTED. The August 2, 2018 Rule 16 Scheduling Conference is hereby VACATED.[1] The undersigned finds good cause for delaying issuance of a scheduling order due to the possible consolidation of a later filed case, Case No. 2:18-CV-111-M, into the instant case.

IT IS SO ORDERED.

ENTERED July 31, 2018.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties timely met the July 30, 2018 deadline for submitting a Joint Proposed Scheduling Order.