IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARRELL KIMBROUGH, MSN, FNP-C, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:18-CV-82-D-BR |
| NAEEM KAHN, M.D. and AMARILLO URGENT CARE, LLC, | § § § § | |
| Defendants. | § | |

## **ORDER SETTING RULE 16 SCHEDULING CONFERENCE**

Counsel shall appear at an initial pretrial and scheduling conference before the undersigned on **Wednesday, September 19, 2018 at 2:00 p.m.** in the Third Floor Courtroom of the United States Courthouse, 205 S.E. 5th Ave., Amarillo, Texas. Counsel for each party who appears at the conference must have (a) *full* knowledge of the case and (b) authority to bind the client.

Because of the Court's Rule 16(b)(2) deadline for issuing a Scheduling Order, any request for an extension of the Rule 16 Scheduling Conference must be made by written motion and be supported by good cause. The Court is aware that proposals for scheduling order deadlines were previously filed in this case and the later-filed case (2:18-CV-111-D), which was consolidated herein. If the parties wish to re-visit any of those deadlines and file a new joint proposal, they shall do so with a new proposal filed **on or before September 17, 2018**.

After the Rule 16 Scheduling conference, the Court will enter a Scheduling Order pursuant to Rule 16(b) of the Federal Rules of Civil Procedure. Without filing a motion, the parties may agree to the extension of any date in the Scheduling Order except for the dispositive motion

deadline. However, the Court will not give effect to any extensions agreed upon without the necessity of a motion unless the parties file with the Court prompt written notice confirming the existence of the extension.

For the convenience of out-of-town counsel, the Court will allow telephone participation at the conference if requested in writing to the Court's Courtroom Deputy via email (directed to elodia_brito@txnd.uscourts.gov) at least one week in advance of the conference date. The Courtroom Deputy will respond to the email with further instructions.

IT IS SO ORDERED.

ENTERED September 5, 2018.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE