**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| DARRELL KIMBROUGH, MSN, FNP-C, | § | |
| MARY BENARD, MSN, FNP-C and | § | |
| TINA SPOHN-LEDFORD, MSN, FNP-C | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL NO. 2:18-CV-00082-D |
| | § | |
| NAEEM KAHN, M.D. and | § | |
| AMARILLO URGENT CARE, LLC | § | |
| | § | |
| Defendants. | § | |

## ADVISORY TO THE COURT

Pursuant to the Court's September 24, 2018, Scheduling Order (Doc. 17), Plaintiffs, Darrell Kimbrough, Mary Benard and Tina Spohn-Ledford, ("Plaintiffs") and Defendants, Dr. Naeem Khan and Amarillo Urgent Care, LLC (collectively "Defendants") submit this Advisory to the Court regarding mediation. Plaintiffs' counsel conferred with Defendants' counsel on November 20, 2018, and jointly present this Advisory to the Court.

At this time the parties have not engaged in mediation. The parties have determined that in order to have a productive mediation it is prudent to wait until after further discovery.

Dated: November 20, 2018                                              Respectfully submitted,

MULLIN, HOARD & BROWN, LLP

/s/ Elizabeth A. Chermel                                 /s/ Bryan Owens
Shawn D. Twing, SBN 00798008             Bryan Patrick Owens, SBN 24049229
stwing@mhba.com                                      bryan@owenscriminaldefense.com
500 South Taylor, Suite 800                       2608 Hibernia St., Suite 105
P. O. Box 31656                                             Dallas, TX 75204
Amarillo, Texas 79120-1656                      Phone: 214-304-5429
Phone: (806) 372-5050
Fax: (806) 372-5086                                     *Attorney for Defendants*
Elizabeth A. Chermel, SBN 24064027

bchermel@mhba.com
2515 McKinney Avenue, Suite 900
Dallas, Texas 75201
Phone: 214-754-0040
Fax: 214-754-0043

*Attorneys for Plaintiffs*