IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARRELL KIMBROUGH, MSN, FNP-C et al., § § § Plaintiffs, § § v. § § NAEEM KAHN, M.D. and § AMARILLO URGENT CARE, LLC, § § Defendants. § | 2:18-CV-82-D-BR |

## ORDER DENYING MOTION TO WITHDRAW AS COUNSEL

The Court hereby denies without prejudice to refiling Mr. Bryan Owens' Motion to Withdraw as Counsel, [ECF 19], for failure to fully comply with Northern District of Texas Local Rules 83.12(a) and 7.1. Mr. Owens' Motion is deficient because it lacks his clients' telephone numbers, *see* N. D. Tex. L. R. 83.12(a), and a certificate of conference, *see* N. D. Tex. L. R. 7.1.

Should Mr. Owens elect to file a second motion to withdraw as counsel, he must:

(1) fully comply with the aforementioned local rules; and

(2) explain how his withdrawal at this time will not prejudice his clients in light of their February 1, 2019 deadline to designate expert witnesses.

This Order terminates docket entry no. 19.

IT IS SO ORDERED.

ENTERED January 14, 2019.

*[signature]*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE