IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARRELL KIMBROUGH, MSN, FNP-C et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:18-CV-82-D-BR |
| NAEEM KAHN, M.D. and AMARILLO URGENT CARE, LLC, | § § § § | |
| Defendants. | § | |

**ORDER GRANTING FIRST AMENDED MOTION TO WITHDRAW AS COUNSEL**

Before the Court is Mr. Bryan Owens' First Amended Motion to Withdraw as Counsel. [ECF 21]. By that Motion, Mr. Owens requests that the Court permit him to withdraw his representation of Defendants Naeem Kahn, M.D. and Amarillo Urgent Care, LLC ("Defendants"). As grounds for withdrawal, Mr. Owens states, among other things, that Defendants have insisted on a specific litigation strategy that Mr. Owens deems inappropriate, that Defendants' demand for Mr. Owens to pursue this litigation strategy places him at risk of sanction, that Defendants have shirked their obligation to cooperate in the discovery process, and that there exists a sense of distrust between Mr. Owens and Defendants, resulting in a total break-down of the attorney-client relationship.

The Court, having carefully reviewed Mr. Owens' Motion, finds that good cause for withdrawal exists, the prosecution of the lawsuit will not be unduly disrupted by the requested withdrawal, and Defendants will not be prejudiced by the requested withdrawal. The Court further finds that Mr. Owens' Motion fully complies with Northern District of Texas Local Rules 83.12(a) and 7.1.

Accordingly, the Court GRANTS the Motion and ORDERS that Mr. Owens is relieved of all further representation of Defendants in this matter.  <u>The Clerk of Court is DIRECTED to mail a copy of this Order to Defendant Naeem Kahn, M.D. at the following address: 1915 Coulter Rd. Amarillo, TX 79106.  The Clerk of Court is also DIRECTED to mail a separate copy of this Order to Defendant Amarillo Urgent Care, LLC at the following address: 1915 Coulter Rd. Amarillo, TX 79106.  This Order terminates docket entry no. 21.</u>

IT IS SO ORDERED.

ENTERED January 15, 2019.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE