IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARRELL KIMBROUGH, MSN, FNP-C, <br> MARY BENARD, MSN, FNP-C and <br> TINA SPOHN-LEDFORD, MSN, FNP-C, <br><br> Plaintiffs, <br><br> vs. <br><br> NAEEM KAHN, M.D. and <br> AMARILLO URGENT CARE, LLC, <br><br> Defendants. | § § § § § § § § § § § § § | CIVIL NO. 2:18-CV-00082-D |

## PLAINTIFFS' RULE 26(A)(3) PRETRIAL DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's Scheduling Order entered September 24, 2018 (Dkt. 17), Plaintiffs Darrell Kimbrough, Mary Benard, and Tina Spohn-Ledford hereby make the following disclosures:

**I.      RULE 26(A)(3)(A)(i): IDENTIFICATION OF WITNESSES**

   A. <u>Witnesses Plaintiffs Expect to Present</u>

   Plaintiffs expect to call the following witnesses at trial:

   1. Darrell Kimbrough
   2. Mary Benard
   3. Tina Spohn-Ledford
   4. Naeem Khan, MD
   5. Criselda Rico

   B. <u>Witnesses Plaintiffs May Call if the Need Arises</u>

   Plaintiffs may call the following witnesses at trial:

   1. Vicki Ellington

2. Melissa Chavez

3. Christy Kimbrough

4. Bryan Owens, Defendants' former counsel

5. Jeremi Young, Defendants' former counsel

6. Shawn Twing, attorney fees

7. Any and all witnesses identified by Defendants.

8. Any and all witnesses called by Defendants.

9. Any impeachment and rebuttal witnesses as necessary.

10. Any custodian of records necessary to authenticate documents.

## II.   RULE 26(A)(3)(A)(ii): DEPOSITION DESIGNATIONS

Plaintiffs do not anticipate calling any witness at trial via deposition; however, if Criselda (Cris) Rico is unavailable to appear and testify at trial, the following are Plaintiffs' designations from Ms. Rico's deposition:

1.   <u>Oral Deposition of Criselda Rico</u>:

   Page 1:7-8

   Page 8:13-25

   Page 10:1-25

   Page 11:1-13:11

   Page 13:19-15:16

   Page 16:5-15

   Page 171:1-17

   Page 18:1-25

   Page 19:2-6

   Page 19:22-23:21

    Page 25:11-25

    Page 27:12-32:2

    Page 32:6-25

    Page 36:14-16

    Page 37:21-39:25

    Page 42:9-45:6

    Page 45:8-47:9

    Page 48:14-50:4

    Page 59:13-61:9

    Page 62:11-25

    Page 63:9-66:11

Plaintiffs reserve the right to further designate depositions if a witness listed becomes unavailable.

**III.    RULE 26(A)(3)(A)(iii): IDENTIFICATION OF EXHIBITS**

Plaintiffs expect to offer or utilize the exhibits and/or documents identified in the accompanying **Exhibit 1**.

Dated: October 9, 2019                          Respectfully submitted,

                                                            MULLIN HOARD & BROWN, LLP
                                                            Shawn D. Twing
                                                            Texas SBN: 00798008
                                                            Oklahoma SBN: 015865
                                                            Arkansas SBN: 93089
                                                            stwing@mhba.com
                                                           500 S. Taylor, Suite 800
                                                           P.O. Box 31656
                                                         Amarillo, Texas 79120-1656
                                                         (806) 372-5050
                                                         (806) 372-5086 – facsimile

        Elizabeth A. Chermel
        Texas SBN 24064027
        bchermel@mhba.com
        2515 McKinney Avenue, Suite 900
        Dallas, Texas 75201
        (214) 754-0040
        (214)754-0043 – facsimile


        /s/ Elizabeth A. Chermel
        Elizabeth A. Chermel

        ***Attorneys for Plaintiffs***


# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following counsel of record, via the court's ECF electronic filing system on October 9, 2019:

    Casey S. Erick
    cerick@cowlesthompson.com
    COWLES & THOMPSON
    901 Main St, Suite 3900
    Dallas, TX 75202


        /s/ Elizabeth A. Chermel

| Trial Exhibit | Doc Date | Description | Beg Bates | Ending Bates | Deposition Exhibit Cross Reference |
|---|---|---|---|---|---|
| 1 | | Amarillo Urgent Care and Dr. Khan Employee Handbook | D*000830 | D*000842 | Khan Ex 3; Rico Ex 2 |
| 2 | | October 2017 - June 2018 calendars with providers scheduled | D*000205 | D*000213 | |
| 3 | | Calendars with providers scheduled (various months) | P-000001 | P-000014 | |
| 4 | 9/29/2016 | Darrell Kimbrough Employment Agreement | D*000235 | D*000236 | Khan Ex 6; Kimbrough Ex 1 (DK-000002-3) |
| 5 | 10/6/2016 | Darrell Kimbrough 2016 W-4 | D*000494 | D*000494 | |
| 6 | | Darrell Kimbrough 2017 and 2018 W-2 | DK-000019 | DK-000019 | |
| 7 | | Darrell Kimbrough Payroll Register | D*00077 | D*00077 | |
| 8 | | Darrell Kimbrough Detailed Payroll History | D*00078 | D*000106 | Khan Ex 11 (partial) |
| 9 | | Darrell Kimbrough Pay Stubs | D*000108 | D*000133 | Khan Ex 11 (partial) |
| 10 | 11/5/2017 | Darrell Kimbrough IP address log-in listing for Darrell Kimbrough | D*000134 | D*000135 | Kimbrough Ex 2 |
| 11 | 11/5/2017 | Darrell Kimbrough IP address log-in listing and working hours summary | D*000134 | D*000136 | Khan Ex 17; Kimbrough Ex 2 (partial) |
| 12 | | Darrell Kimbrough Home Charting Estimates | DK-000001 | DK-000001 | Kimbrough Ex 7 |
| 13 | 1/25/2018 | Handwritten cover note re: Concentra Letter | D*000216 | D*000216 | |
| 14 | 1/25/2018 | Authorization and Release of Information to Designated Contacts from Darrell Kimbrough | D*000217 | D*000217 | Khan Ex 19; Kimbrough Ex 6A |
| 15 | 1/29/2018 | Sreenshot of text message exchange between Cris Rico/Khan Naeem and Darrell Kimbrough | D*000218 | D*000219 | |
| 16 | 5/10/2018 | E-mail to C. Rico from Lauren Williams, PayPro Payroll Specialist, re: Darrell Kimbrough and overtime owed | D*000222 | D*000222 | Khan Ex 7 (partial) |
| 17 | 5/10/2018 | Email from Lauren Williams, Payroll Specialist with Propay, to Cris Rico re: Darrell Kimbrough and calculating overtime owed | D*000492 | D*000492 | |
| 18 | 5/10/2018 | Email from Lauren Williams, Payroll Specialist with Propay, to Cris Rico re: Darrell Kimbrough and calculating overtime owed | D*000510 | D*000510 | |
| 19 | 3/8/2018 | 3/8/2018 Letter from M. Warner to Concentra re: Darrell Kimbrough | D*0896 | D*0897 | Khan Ex 20 (partial) |
| 20 | 3/12/2018 | 3/12/18 Letter from M.Warner to Concentra sending employment agreement between Naeem Khan/Amarillo Urgent Care and Darrell Kimbrough | D*0898 | D*0900 | Khan Ex 20 (partial) |
| 21 | | Screenshots of text messages between Darrell Kimbrough and Cris Rico (1/29/2018-4/18/2018) | DK-000004 | DK-000015 | Rico Ex 12 |
| 22 | 1/5/2018 | Concentra offer letter to Darrell Kimbrough | DK-000016 | DK-000018 | Kimbrough Ex 6 |
| 23 | 2/1/2017 | Tina Spohn-Ledford Employment Agreement (w/handwritten note) | D*000237 | D*000238 | Khan Ex 4; Rico Ex 3 |
| 24 | 2/1/2018 | Tina Spohn-Ledford Employment Agreement (w/handwritten notes; unexecuted) | D*000651 | D*000653 | |
| 25 | 12/8/2017 | Tina Spohn-Ledford Request Off Form | D*000820 | D*000820 | |



EXHIBIT 1

| Trial Exhibit | Doc Date | Description | Beg Bates | Ending Bates | Deposition Exhibit Cross Reference |
|---|---|---|---|---|---|
| 26 | 10/13/2016 | Tina Spohn-Ledford 2016 W-4 | D*000654 | D*000654 | |
| 27 | | Tina Spohn-Ledford 2016 W-2 | TSL-000083 | TSL-000083 | |
| 28 | | Tina Spohn-Ledford 2017 W-2 | TSL-000084 | TSL-000084 | |
| 29 | | Tina Spohn-Ledford 2018 W-2 | TSL-000085 | TSL-000085 | |
| 30 | | Tina Spohn-Ledford Payroll History | D*000138 | D*000141 | Khan Ex 9 (partial) |
| 31 | | Tina Spohn-Ledford Payroll Register | D*000142 | D*000155 | Khan Ex 9 (partial) |
| 32 | | Tina Spohn-Ledford Detailed Payroll History | D*000156 | D*000198 | Khan Ex 9 (partial) |
| 33 | | Tina Spohn-Ledford Detailed Payroll History | D*1025 | D*1034 | |
| 34 | | Tina Spohn-Ledford Home Charting Estimates | TSL-000047 | TSL-000050 | Spohn-Ledford Ex 3 |
| 35 | | Tina Spohn-Ledford IP address log-in listing with handwritten cover page | D*000199 | D*000204 | Spohn-Ledford Ex 6 |
| 36 | | Tina Spohn-Ledford IP address log-in listing | D*000200 | D*000204 | Khan Ex 12 |
| 37 | | Audit View Report for Tina Spohn-Ledford EMR Logins - 4/2/2018-6/21/2018 | D*1001 | D*1021 | |
| 38 | undated | Letter from Melissa Chavez re: Tina Spohn-Ledford and provider charting | D*000215 | D*000215 | Khan Ex 16; Rico Ex 10 |
| 39 | 3/15/2018 | Check image: for payment to Tina Spohn-Ledford re: charts | D*000877 | D*000877 | Khan Ex 15; Spohn-Ledford Ex 8 |
| 40 | 3/22/2018 | Handwritten notes re: Tina Spohn-Ledford hourly payrate | D*000555 | D*000555 | |
| 41 | | Record of hours worked for Tina Spohn-Ledford from 9/28/2016 to 8/14/2017 | D*000571 | D*000571 | Khan Ex 22 |
| 42 | 3/26/2018 | Meeting notes re: Melissa Meeting with Tina | D*000642 | D*000642 | |
| 43 | 3/24/2018 | Screenshots of text messages between Tina Spohn-Ledford and Dr. Khan | TSL-000052 | TSL-000054 | |
| 44 | 3/27/2018 | Screenshots of text messages between Tina Spohn-Ledford and Cris Rico | TSL-000055 | TSL-000071 | |
| 45 | 5/10/2018 | E-mail to C. Rico from Lauren Williams, PayPro Payroll Specialist, re: Tina Spohn-Ledford and overtime owed | D*000223 | D*000223 | Khan Ex 7 (partial) |
| 46 | 5/10/2018 | E-mail to Cris Rico from Lauren Williams, PayPro Payroll Specialist, Pro Pay re: Tina Spohn-Ledford (and overtime owed) | D*000655 | D*000655 | |
| 47 | | Overseeing Monthly Face to Face Meetings-Tina Spohn-Ledford | D*000682 | D*000703 | Rico Ex 7 |
| 48 | 6/1/2016 | Mary Benard Employment Agreement | D*000224 | D*000225 | Benard Ex 1 (MB-000054-55) |
| 49 | 9/18/2017 | Mary Benard Employment Agreement | D*000226 | D*000227 | Benard Ex 2 (MB-000056-57) |
| 50 | 4/1/2018 | Mary Benard Employment Agreement | D*000228 | D*000229 | Rico Ex 4; Khan Ex 5; Benard Ex 3 (MB-000059-61) |

| Trial Exhibit | Doc Date | Description | Beg Bates | Ending Bates | Deposition Exhibit Cross Reference |
|---|---|---|---|---|---|
| 51 | 4/2/2018 | Mary Benard Employment Agreement | D*000230 | D*000234 | |
| 52 | 4/1/2016 | Mary Benard 2016 W-4 | D*000247 | D*000248 | |
| 53 | | Mary Benard 2017 and 2018 W-2 | MB-000070 | MB-000071 | |
| 54 | | Payroll time sheet summary page | D*0001 | D*0001 | |
| 55 | | Mary Benard Payroll History | D*0002 | D*0005 | |
| 56 | | Mary Benard Payroll Register | D*0006 | D*00018 | |
| 57 | | Detailed Payroll History for Benard | D*00019 | D*00077 | Khan Ex 10 |
| 58 | | Mary Benard Request Off Forms - February, March, April, July | D*000390 | D*000393 | |
| 59 | | Mary B. Days Request - September, December | D*000418 | D*000418 | |
| 60 | | Handwritten notes regarding vacation hours | D*000870 | D*000870 | |
| 61 | 4/1/2016 | Overseeing Monthly Face to Face Meetings-Mary Benard | D*000394 | D*000417 | Rico Ex 6 |
| 62 | 6/1/2016 | Overseeing Monthly Face to Face Meetings | D*000416 | D*000416 | Khan Ex 8; Rico Ex 5 |
| 63 | 4/2/2018 | Reference letter for Dr. Khan from Mary Benard | D*000443 | D*000443 | Khan Ex 14; Rico Ex 13 |
| 64 | 4/16/2018 | Meeting Minutes , Dr. Khan, Rico and Benard re: overtime and chartng | D*000214 | D*000214 | Khan Ex 21; Rico Ex 15 |
| 65 | 6/9/2018 | Mary Benard letter of resignation w/handwritten notes | D*000859 | D*000859 | Khan Ex 28; Rico Ex 9 |
| 66 | | Mary Benard Home Charting Estimates | MB-000046 | MB-000049 | Benard Ex 4 |
| 67 | 3/23/2018 | Charting Tallies - Mary Benard (106 total) | D*000860 | D*000860 | |
| 68 | 3/31/2018 | Charting Tallies - Mary Benard (89 total) | D*000861 | D*000861 | |
| 69 | 4/17/2018 | Mary Chart | D*000862 | D*000862 | |
| 70 | 1/19/2018 | Charting Records (redacted) | D*000863 | D*000865 | |
| 71 | 3/29/2018 | Marys Tally sheet (89 total) | D*000867 | D*000867 | |
| 72 | 3/15/2018 | Mary - Homechart - Mary Benard | D*000868 | D*000869 | |
| 73 | 5/1/2018 | Charts for old arrears - Mary (133 charts) | D*000872 | D*000872 | |
| 74 | 3/31/2018 | Mary Benard Charting Tallies (106 total) | D*000873 | D*000873 | |
| 75 | 4/14/2018 | Charts for Mary B | D*000879 | D*000879 | |
| 76 | 2/15/2018 | Payment Record for check to Mary Benard re: "back pay from 9/21/2017" | D*000369 | D*000369 | |
| 77 | 3/15/2018 | Receipts of payments to Mary Benard for "gifts for charting" and "charting" | MB-000050 | MB-000053 | Benard Ex 5 |
| 78 | 4/2/2018 | Amarillo Urgent Care Check Images to Mary Benard (3/15/2018; 4/2/2018) | D*000875 | D*000875 | |
| 79 | 5/22/2018 | Amarillo Urgent Care Checks to Mary Benard (5/22/2018, 4/17/2018, 2/15/2018, various) | D*000871; D*000876; D*000878; D*000880 | D*000871; D*000876; D*000878; D*000880 | Khan Ex 13;  Rico Ex 8 |
| 80 | 5/22/2018 | Amarillo Urgent Care Check Image to Mary Benard (5/22/2018) | D*000874 | D*000874 | |

| Trial Exhibit | Doc Date | Description | Beg Bates | Ending Bates | Deposition Exhibit Cross Reference |
|---|---|---|---|---|---|
| 81 | 6/26/2008 | Screenshot of text exchange from Cris Rico to Mary Benard terminating Benard 6/26/2018 | MB-000063 | MB-000063 | Rico Ex 14; Benard Ex 6 |
| 82 | 6/23/2018 | Screenshots of text exchanges between Cris Rico and Mary Benard (June 2018) | MB-000064 | MB-000068 | Benard Ex 7 (partial) |
| 83 | 6/26/2018 | Screenshot of text exchanges between Dr. Khan and Mary Benard (6/26/2018) | MB-000069 | MB-000069 | Benard Ex 7 (partial) |
| 84 | 5/3/2018 | Screenshots of text exchanges between Dr. Khan and Mary Benard (5/3/2018-6/26/2018) | D*0965 | D*0969 | Khan Ex 27; 30b6 Ex 1 (Khan) |
| 85 | | Letter/memo from Samantha Huerta re charting | D*000894 | D*000895 | Khan Ex 18; Rico Ex 11 |
| 86 | 5/28/2019 | Letter from Jeremi Young with D1000 spreadsheet | | | |
| 87 | | Combined report Mary-Tina-Darell Feb 2017-Feb 2018 - Electronic Medical Record Login Records for providers from Practice Velocity (produced by Defendants) | D*1000 | D*1000 | |
| 88 | | Electronic Medical Record Login Records for providers from DocuTap | DT_01 | DT_29 | |
| 89 | | Electronic Medical Record Login Records for providers from Practice Velocity | PV_001 | PV_004 | |
| 90 | 7/30/2007 | Certificate of Amendment-BestCare Walking Clinic to Amarillo Urgent Care, LLC | | | Khan Ex 2 |
| 91 | 6/26/2018 | Service of Summons on AUC | | | 30b6 Ex 2 |
| 92 | 6/26/2018 | Service of Summons on Dr. Kahn | | | 30b6 Ex 3 |
| 93 | 2/15/2019 | Defendants' Combined Objections and Answers to Plaintiffs' First Set Of Interrogatories | | | |