IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARRELL KIMBROUGH, MSN, FNP-C, MARY BENARD, MSN, FNP-C, and TINA SPOHN-LEDFORD, MSN, FNP-C, <br><br>Plaintiffs, <br><br>v. <br><br>NAEEM KHAN, M.D. and AMARILLO URGENT CARE, LLC, <br><br>Defendants. | 2:18-CV-82-Z-BR |

## ORDER

On November 19, 2019, the United States Magistrate Judge entered findings and conclusions (ECF No. 66) on Naeem Khan, M.D. and Amarillo Urgent Care, LLC's (collectively "Defendants") Motion for Summary Judgment (ECF No. 44). The Magistrate Judge recommends that Defendants' motion be DENIED. No objections to the findings, conclusions, and recommendation have been filed.

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED. Defendants' Motion for Summary Judgment (ECF No. 44) is DENIED.

**SO ORDERED**.

January 16, 2020.

Matthew J. Kacsmaryk
UNITED STATES DISTRICT JUDGE