IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARRELL KIMBROUGH, MSN, FNP-C, | § | |
| MARY BENARD, MSN, FNP-C, and | § | |
| TINA SPOHN-LEDFORD, MSN, FNP-C; | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-82-D-BR |
| | § | |
| NAEEM KHAN, M.D. and | § | |
| AMARILLO URGENT CARE, LLC, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' CERTIFICATE OF DISCLOSURE

Defendants, Naeem Khan, M.D. and Amarillo Urgent Care, LLC certify that they have served their Second Amended Designation of Experts on Plaintiffs on February 14, 2020 as required by Federal Rule of Civil Procedure Rule 26(a).

Respectfully submitted,

COWLES & THOMPSON, PC

By: _____
Casey S. Erick
Texas Bar No. 24028564
Email: cerick@cowlesthompson.com

901 Main Street
Suite 3900
Dallas, Texas 75202
Tel. (214) 672-2138
Fax. (214) 672-2338
**ATTORNEYS FOR DEFENDANTS**

DEFENDANTS' CERTIFICATE OF DISCLOSURE – PAGE 1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February 2020, a true and correct copy of the Defendants Certificate of Disclosure was delivered, via electronic mail, as follows:

Shawn D. Twing
**stwing@mhba.com**
Mullin, Hoard & Brown, LLP
500 S. Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas 79120-1656

Elizabeth A. Chermel
Mullin, Hoard & Brown, LLP
2515 McKinney Ave., Sutie 900
Dallas, Texas 75201
**bchermel@mhba.com**

By: _____
Casey S. Erick