IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARRELL KIMBROUGH, MSN, FNP-C, § <br> MARY BENARD, MSN, FNP-C, and § <br> TINA SPOHN-LEDFORD, MSN, FNP-C; § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> NAEEM KHAN, M.D. and AMARILLO § <br> URGENT CARE, LLC § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:18-CV-82-D-BR |

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' AMENDED PRETRIAL DISCLOSURES

**COMES NOW**, Defendants Naeem Khan, M.D. and Amarillo Urgent Care and pursuant to Rule 26(3)(B) file their objections to Plaintiffs' amended pretrial disclosures as follows:

| Trial Exhibit | Doc Date | Description | Beg Bates | Ending Bates | Objection |
|---|---|---|---|---|---|
| 1 | | Amarillo Urgent Care and Dr. Khan Employee Handbook | D*000830 | D*000842 | |
| 2 | | October 2017 - June 2018 calendars with providers scheduled | D*000205 | D*000213 | |
| 3 | | Calendars with providers scheduled (various months) | P-000001 | P-000014 | |
| 4 | 9/29/2016 | Darrell Kimbrough Employment Agreement | D*000235 | D*000236 | |
| 5 | 10/6/2016 | Darrell Kimbrough 2016 W-4 | D*000494 | D*000494 | |
| 6 | | Darrell Kimbrough 2017 and 22018 W-2 | DK-000019 | DK-000019 | |
| 7 | | Darrell Kimbrough Payroll Register | D*00077 | D*00077 | |
| 8 | | Darrell Kimbrough Detailed Payroll History | D*00078 | D*000106 | |
| 9 | | Darrell Kimbrough Pay Stubs | D*000108 | D*000133 | |
| 10 | 11/5/2017 | Darrell Kimbrough IP address log-in listing for Darrell Kimbrough | D*000134 | D*000135 | |
| 11 | 11/5/2017 | Darrell Kimbrough IP address log-in listing and working hours summary | D*000134 | D*000136 | |
| 12 | | Darrell Kimbrough Home Charting Estimates | DK-000001 | DK-000001 | Rule 403; Prejudicial and Confusion |
| 13 | 1/25/2018 | Handwritten cover note re: Concentra Letter | D*000216 | D*000216 | |
| 14 | 1/25/2018 | Authorization and Release of Information to Designated Contacts from Darrell Kimbrough | D*000217 | D*000217 | |
| 15 | 1/29/2018 | Sreenshot of text message exchange between Cris Rico/Khan Naeem and Darrell Kimbrough | D*000218 | D*000219 | |
| 16 | 5/10/2018 | E-mail to C. Rico from Lauren Williams, PayPro Payroll Specialist, re: Darrell Kimbrough and overtime owed | D*000222 | D*000222 | |
| 17 | 5/10/2018 | Email from Lauren Williams, Payroll Specialist with Propay, to Cris Rico re: Darrell Kimbrough and calculating overtime owed | D*000492 | D*000492 | Rule 802; Hearsay, Rule 805; Hearsay within Hearsay |
| 18 | 5/10/2018 | Email from Lauren Williams, Payroll Specialist with Propay, to Cris Rico re: Darrell Kimbrough and calculating overtime owed | D*000510 | D*000510 | Rule 802; Hearsay, Rule 805; Hearsay within Hearsay |
| 19 | 3/8/2018 | 3/8/2018 Letter from M. Warner to Concentra re: Darrell Kimbrough | D*0896 | D*0897 | Rule 802; Hearsay, Rule 805; Hearsay within Hearsay |
| 20 | 3/12/2018 | 3/12/18 Letter from M.Warner to Concentra sending employment agreement between Naeem Khan/Amarillo Urgent Care and Darrell Kimbrough | D*0898 | D*0900 | Rule 802; Hearsay, Rule 805; Hearsay within Hearsay |
| 21 | | Screenshots of text messages between Darrell Kimbrough and Cris Rico (1/29/2018-4/18/2018) | DK-000004 | DK-000015 | |
| 22 | 1/5/2018 | Concentra offer letter to Darrell Kimbrough | DK-000016 | DK-000018 | Rule 802; Hearsay, Rule |

| # | Date | Description | Begin | End | Objection |
|---|---|---|---|---|---|
| | | | | | 805; Hearsay within Hearsay |
| 23 | 2/1/2017 | Tina Spohn-Ledford Employment Agreement (w/handwritten note) | D*000237 | D*000238 | |
| 24 | 2/1/2018 | Tina Spohn-Ledford Employment Agreement (w/handwritten notes; unexecuted) | D*000651 | D*000653 | |
| 25 | 12/8/2017 | Tina Spohn-Ledford Request Off Form | D*000820 | D*000820 | |
| 26 | 10/13/2016 | Tina Spohn-Ledford 2016 W-4 | D*000654 | D*000654 | |
| 27 | | Tina Spohn-Ledford 2016 W-2 | TSL-000083 | TSL-000083 | |
| 28 | | Tina Spohn-Ledford 2017 W-2 | TSL-000084 | TSL-000084 | |
| 29 | | Tina Spohn-Ledford 2018 W-2 | TSL-000085 | TSL-000085 | |
| 30 | | Tina Spohn-Ledford Payroll History | D*000138 | D*000141 | |
| 31 | | Tina Spohn-Ledford Payroll Register | D*000142 | D*000155 | |
| 32 | | Tina Spohn-Ledford Detailed Payroll History | D*000156 | D*000198 | |
| 33 | | Tina Spohn-Ledford Detailed Payroll History | D*1025 | D*1034 | |
| 34 | | Tina Spohn-Ledford Home Charting Estimates | TSL-000047 | TSL-000050 | Rule 802; Hearsay, Rule 805; Hearsay within Hearsay |
| 35 | | Tina Spohn-Ledford IP address log-in listing with handwritten cover page | D*000199 | D*000204 | |
| 36 | | Tina Spohn-Ledford IP address log-in listing | D*000200 | D*000204 | |
| 37 | | Audit View Report for Tina Spohn-Ledford EMR Logins - 4/2/2018-6/21/2018 | D*1001 | D*1021 | |
| 38 | undated | Letter from Melissa Chavez re: Tina Spohn-Ledford and provider charting | D*000215 | D*000215 | |
| 39 | 3/15/2018 | Check image: for payment to Tina Spohn-Ledford re: charts | D*000877 | D*000877 | |
| 40 | 3/22/2018 | Handwritten notes re: Tina Spohn-Ledford hourly payrate | D*000555 | D*000555 | |
| 41 | | Record of hours worked for Tina Spohn-Ledford from 9/28/2016 to 8/14/2017 | D*000571 | D*000571 | |
| 42 | 3/26/2018 | Meeting notes re: Melissa Meeting with Tina | D*000642 | D*000642 | |
| 43 | 3/24/2018 | Screenshots of text messages between Tina Spohn-Ledford and Dr. Khan | TSL-000052 | TSL-000054 | |
| 44 | 3/27/2018 | Screenshots of text messages between Tina Spohn-Ledford and Cris Rico | TSL-000055 | TSL-000071 | |
| 45 | 5/10/2018 | E-mail to C. Rico from Lauren Williams, PayPro Payroll Specialist, re: Tina Spohn-Ledford and overtime owed | D*000223 | D*000223 | |
| 46 | 5/10/2018 | E-mail to Cris Rico from Lauren Williams, PayPro Payroll Specialist, Pro Pay re: Tina Spohn-Ledford (and overtime owed) | D*000655 | D*000655 | |
| 47 | | Overseeing Monthly Face to Face Meetings-Tina Spohn-Ledford | D*000682 | D*000703 | |
| 48 | 6/1/2016 | Mary Benard Employment Agreement | D*000224 | D*000225 | |
| 49 | 9/18/2017 | Mary Benard Employment Agreement | D*000226 | D*000227 | |
| 50 | 4/1/2018 | Mary Benard Employment Agreement | D*000228 | D*000229 | |

Respectfully submitted,

COWLES & THOMPSON, PC

By: _____
Casey S. Erick
Texas Bar No. 24028564
Email:  cerick@cowlesthompson.com

901 Main Street
Suite 3900
Dallas, Texas 75202
Tel. (214) 672-2138
Fax. (214) 672-2338

**ATTORNEYS FOR DEFENDANTS NAEEM KHAN, M.D. and AMARILLO URGENT CARE, LLC**

## CERTIFICATE OF SERVICE

I Certify that on July 13, 2020, a copy of *Defendants' Objections to Plaintiffs' Amended Pretrial Disclosures* was served electronically on all known counsel for Plaintiffs:

Shawn D. Twing
Mullin, Hoard & Brown, LLP
500 S. Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas  79120-1656
stwing@mhba.com

Elizabeth A. Chermel
Mullin, Hoard & brown, LLP
2515 McKinney Ave., Suite 900
Dallas, Texas 75201
bchermel@mhba.com

_____
Casey Erick, Esq.