IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARRELL KIMBROUGH, MSN, FNP-C, § <br> MARY BENARD, MSN, FNP-C, and § <br> TINA SPOHN-LEDFORD, MSN, FNP-C; § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> NAEEM KHAN, M.D. and § <br> AMARILLO URGENT CARE, LLC, § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:18-CV-82-D-BR |

## DEFENDANTS' SECOND AMENDED PRETRIAL DISCLOSURES

TO: Plaintiffs, Darrell Kimbrough, MSN, FNP-C, Mary Benard, MSN, FMP-C and Tina Spohn-Ledford, MSN, FNP-C by and through their counsel of record, Shawn D. Twing, Mullin, Hoard & Brown, LLP 500 S. Taylor, Suite 800, P. O. Box 31656, Amarillo, Texas 79120-1656 and Elizabeth A. Chermel, Mullin, Hoard & Brown, LLP 2515 McKinney Ave., Suite 900, Dallas, Texas 75201.

### A. WITNESSES

1. Defendants expect to call the following witnesses at trial:

**1. DEFENDANTS**
Amarillo Urgent Care
Naeem Khan, M.D.
Agents and Employees, including any Custodian of Records, as listed below:
c/o
Casey Erick
Cowles & Thompson, P.C.
901 Main Street, Suite 3900
Dallas, Texas 75202
214-672-2138
Office Administrator – Cris Rico
Former Office Administrator - Melissa Chavez
Office Manager – Vicki Ellington
Nurse Practitioner – Nicole L. Slatten
Medical Assistants/Scribes –Samantha Huerta, and Hope Catano
The above witnesses will provide testimony regarding the facts of this case and Defendants' claims, defenses and damages.

**2. PLAINTIFFS**
Darrell Kimbrough
Mary Benard
Tina Spohn-Ledford
c/o MULLIN, HOARD &BROWN, LLP
Shawn D. Twing
Beth Bones
500 South Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas 79120-1656
Phone: (806) 372-5050
- AND -
Elizabeth A. Chermel
bchermel@mhba.com
2515 McKinney Avenue, Suite 900
Dallas, Texas 75201
Phone: 214-754-0040

**3. DEFENDANT AMARILLO URGENT CARE – PAYROLL SERVICES PROVIDER**
Professional Payroll Systems, Ltd.
"ProPay" Agents and Employees, including:
Lauren Williams, Payroll Specialist
9525 Business Interstate 40
Amarillo, Texas 79124
P. O. Box 509 (79105)
(806) 356-9997
The above witnesses may provide testimony regarding the records obtained from ProPay and the interpretation of said records.

**4. PROVIDER OF URGENT CARE ELECTRONIC MEDICAL RECORDS SOFTWARE & PRACTICE MANAGEMENT**
DocuTAP Agents and Employees
101 S. Phillips Ave., Suite 300
Sioux Falls, South Dakota 57104
Sales (866) 838-4543
Support (877) 697-4696
The above witnesses may provide testimony regarding the records obtained from DocuTAP and the interpretation of said records.

**5. FORMER ATTORNEY FOR DEFENDANTS**
Michael A. Warner
The Warner Law Firm
101 S.E. 11th St., Suite 301
Amarillo, Texas 79101
(806) 372-2595

The above witness may provide testimony regarding Plaintiff, Darrell Kimbrough's subsequent employment with Concentra and may also offer testimony regarding Defendants' attorney's fees and expenses.

**6. PROVIDER OF URGENT CARE ELECTRONIC MEDICAL RECORDS SOFTWARE & BILLING SERVICES**
Practice Velocity Agents and Employees
Penny Ratzlaff, CPC (Director of Billing Support)
8777 Velocity Dr.
Machesney Park, Illinois 61115
(815) 713-2684
The above witnesses may provide testimony regarding the records obtained from Practice Velocity and the interpretation of said records.

**7. REGARDING PLAINTIFF DARRELL KIMBROUGH – ALLEGED OFFER OF EMPLOYMENT**
Donita Crowder
Tirra Kenney
Agents and Employees
Concentra Health Services, Inc.
(972) 725-6422
(972) 725-6695
The above witnesses may provide testimony regarding the subsequent employment of Plaintiff, Darrell Kimbrough at Concentra facilities in Lubbock, Texas or Amarillo, Texas.

**8. DEFENDANTS' EXPERT WITNESSES**
**Casey S. Erick**
**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, Texas 75202
Telephone: (214) 672-2138
Facsimile: (214) 672-2338

**Jeremi K. Young**
**Tim Newsom**
**YOUNG & NEWSOM, P.C.**
1001 S. Harrison, Suite 200
Amarillo, Texas 79101
Telephone: (806) 331-1800
Facsimile: (806) 398-9095

**Michael A. Warner**
The Warner Law Firm
101 S.E. 11th St., Suite 301
Amarillo, Texas 79101
(806) 372-2595

The above witnesses may testify concerning the amount of attorneys' fees incurred in this matter and whether such fees are reasonable and necessary. They will testify concerning, among other things, the hourly rates of the professionals working on this case; the hours expended by each professional; the fees, expenses, or costs that were or will be incurred by the Plaintiffs and/or Defendants; and the customary and usual nature, reasonableness, and necessity of the fees, costs, and expenses that were or will be incurred by Plaintiffs and/or Defendants in this matter, including, if applicable, any appeal of the captioned case.

The testimony will be based on, among other things, the time and labor required, the novelty and difficulty of the questions involved; the skill required to perform the legal services properly; the time limitation imposed by the client or circumstances; the nature and length of the professional relationship with the client; the experience, reputation, and ability of the lawyer or lawyers performing the services; and all other matters relevant to an award of attorneys' fees, costs, and expenses.

**PRACTICE VELOCITY URGENT CARE SOLUTIONS – EXPERITY**
**(Experity is a May 2019 merger between Docusoap, Inc. and Practice Velocity, LLC)**

**Matthew Logan – General Counsel**
**Penny Retzlaff – Director of Billing**
**Chase Jensen – Software Engineer**
**Nathaniel Scald – Support Specialist**

8777 Velocity Drive Machesney Park,
Illinois 61115
Tel: (888) 357-4209
Fax: (815) 986-1675

Practice Velocity provides electronic health records software and services for urgent care healthcare providers. Practice Velocity generated reports, as requested by Defendants, which evidence the login and logout activity (both the time and IP address used to login or out) of Plaintiffs using the Practice Velocity software, during the time period Plaintiffs were employed by Defendants. Those reports were produced to Plaintiffs and Bates numbered D*1000-1021, in response to Plaintiffs' Request for Production No. 20 requesting "All records evidencing Plaintiff's use or access to any software or computer system used by Defendants to chart patient care provided by Plaintiff on behalf of AUC. In answering this request, provide date and time the software or system was accessed and the duration of time the software or system was accessed."

Defendants also refer to any additional records identified below and in Plaintiffs' pretrial disclosures.

Defendants reserve the right to call all employees, software engineers, programmers, agents or custodians of records from Practice Velocity, now Experity, who were involved, in any way, in generating the referenced reports. They may be called upon to provide testimony concerning their observations, actions, opinions, or conclusions arising from or related to the reports and the information generated, including the underlying data which provides the basis for the report.

Their opinions will be based on their education, training, experience and expertise within their respective professional fields.

**Diane Meehan, Ph.D., RN, FNP-BC, CLNC**
208 Chelsea Street
Staten Island, NY 10307
718-967-0179
646-496-2809
MeehanPhD@NP.legal

Diane Meehan is a Board Certified Family Nurse Practitioner with over 40 years clinical experience in hospitals, long term care facilities, home health, primary care and academia. She obtained her Bachelor of Science degree in Nursing from the Bellevue School of Nursing at Hunter College in New York City in 1979; Masters of Science degree in Nursing Education from Wagner College in Staten Island, NY in 1992; and a Ph.D. in nursing from Adelphi University in Garden City, NY in 2003. Her clinical work experience includes serving since 2001, as a Family Nurse Practitioner at Staten Island University Hospital/Norwell Health, a major tertiary referral center in New York City. From 2002–2006; 2008-2009, she was also an Assistant Professor of Nursing at Monmouth University in Long Branch, NJ. Currently, in addition to her clinical practice as a certified family nurse practitioner, she is an Adjunct Clinical Professor at Columbia University, and an Adjunct Assistant Professor at Hunter Bellevue School of Nursing both in New York City, where she teaches and trains nurse practitioner students. She has also served as a testifying and consulting expert for the New York State Education Department, Office of Professional Discipline.

This witness may be called upon to provide testimony concerning her observations, actions, opinions, or conclusions arising from or related to the reports and the information generated, including the underlying data which provides the basis for the report. Her opinions will be based on her education, training, experience and expertise within her respective professional fields.

The information required by Federal 26 is included in Diane Meehan's expert report.

**Leslie Johanson, MSN RN CPNP**
2712 Parkhaven Drive
Flower Mound, Texas 75022
214-755-0629
johansonleslie@gmail.com

Leslie Johnson is an advanced practice registered nurse (APRN), unencumbered, licensed by the Texas Board of Nursing. She has a national certification as a mid-level pediatric provider. She has been practicing as an APRN (NP), mostly in primary care, for 7.5 years (RN 13 years). She recently began orienting to an urgent care role. She has a master's in nursing from the University of Texas, Medical Branch, and has experience with multiple electronic health record applications in multiple settings. She also has chart review experience, reviewing charts for almost all patient transfers into one of her practice sites, for close to 5 years.

This witness may be called upon to provide testimony concerning her observations, actions, opinions, or conclusions arising from or related to the reports and the information generated, including the underlying data which provides the basis for the report. Her opinions will be based on her education, training, experience and expertise within her respective professional fields.

The information required by Federal 26(a)(2)(B) is included in Leslie Johnson's expert report.

2. Defendants may call the following witnesses if the need arises: Defendants may supplement this response as needed or in rebuttal to Plaintiffs' pretrial disclosures.

## B. DEPOSITIONS

3. Defendants may supplement this response as needed or in rebuttal to Plaintiffs' pretrial disclosures.

## C. EXHIBITS

4. Defendants may offer the following exhibits:

| No. | Document Description | Document No. | |
|---|---|---|---|
| 1. | Combined payroll records | D 1 - 893 | |
| 2. | Concentra | D 896 | |
| 3. | Plaintiff employee | D 894-903 and 910-913 | |
| 4. | Flu chart | D 902 - 2 | |
| 5. | Cough, Fever chart | D 901 - 1 | |
| 6. | Supplement to Ledford records | D 1022-1034 | |
| 7. | Defs Initial Disclosures | 1-259 | |
| 8. | Supplemental Ledford Records | D 194-198 | |
| 9. | Video_Apr_16_19 04-54-37 PM | D 909 | |
| 10. | Video entering EMR data | D 906 - M2U00003 | |

| # | Description | Col A | Col B |
|---|---|---|---|
| 11. | Hows worked estimates | D 914-971 | |
| 12. | Video entering EMR data | D 905 - M2U00002 | |
| 13. | Huerta Statment | D 894 | |
| 14. | Video entering EMR data | D 904 - M2U00001 | |
| 15. | Charts - exemplar MB-TSL | D 910 - 913 | |
| 16. | Huerta-Catano DK chart totals | D 895 | |
| 17. | Video_Apr_16_19 04-50-02 PM | D 908 | |
| 18. | Toe injury chart | D 903 - 3 | |
| 19. | Video_Apr_16_19 04-42-45 PM | D 907 | |
| 20. | NonCompete to Concentra_3.12.18 | D 898 | |
| 21. | New EMR login information | D 1001-1021 | |
| 22. | Amarillo Urgent Care and Dr. Khan Employee Handbook | D*000830 | |
| 23. | October 2017 - June 2018 calendars with providers scheduled | D*000205 | D*000842 |
| 24. | Calendars with providers scheduled (various months) | P-000001 | D*000213 |
| 25. | Darrell Kimbrough Employment Agreement | D*000235 | P-000014 |
| 26. | Darrell Kimbrough 2016 W-4 | D*000494 | D*000236 |
| 27. | Darrell Kimbrough 2017 and 22018 W-2 | DK-000019 | D*000494 |
| 28. | Darrell Kimbrough Payroll Register | D*00077 | DK-000019 |

| # | Description | Begin | End |
|---|---|---|---|
| 29. | Darrell Kimbrough Detailed Payroll History | D*00078 | D*00077 |
| 30. | Darrell Kimbrough Pay Stubs | D*000108 | D*000106 |
| 31. | Screenshots of text messages between Darrell Kimbrough and Cris Rico (1/29/2018-4/18/2018) | DK-000004 | DK-000015 |
| 32. | Concentra offer letter to Darrell Kimbrough | DK-000016 | DK-000018 |
| 33. | Tina Spohn-Ledford Employment Agreement (w/handwritten note) | D*000237 | D*000238 |
| 34. | Tina Spohn-Ledford Employment Agreement (w/handwritten notes; unexecuted) | D*000651 | D*000653 |
| 35. | Tina Spohn-Ledford Request Off Form | D*000820 | D*000820 |
| 36. | Tina Spohn-Ledford 2016 W-4 | D*000654 | D*000654 |
| 37. | Tina Spohn-Ledford 2016 W-2 | TSL-000083 | TSL-000083 |
| 38. | Tina Spohn-Ledford 2017 W-2 | TSL-000084 | TSL-000084 |
| 39. | Tina Spohn-Ledford 2018 W-2 | TSL-000085 | TSL-000085 |
| 40. | Tina Spohn-Ledford Payroll History | D*000138 | D*000141 |
| 41. | Tina Spohn-Ledford Payroll Register | D*000142 | D*000155 |
| 42. | Tina Spohn-Ledford Detailed Payroll History | D*000156 | D*000198 |
| 43. | Tina Spohn-Ledford Detailed Payroll History | D*1025 | D*1034 |
| 44. | Letter from Melissa Chavez re: Tina Spohn-Ledford and provider charting | D*000215 | D*000215 |
| 45. | Check image: for payment to Tina Spohn-Ledford re: charts | D*000877 | D*000877 |
| 46. | Mary Benard Employment Agreement | D*000224 | D*000225 |
| 47. | Mary Benard Employment Agreement | D*000226 | D*000227 |

| No. | Document Description | | |
|---|---|---|---|
| 48. | Mary Benard Employment Agreement | D*000228 | D*000229 |
| 49. | Mary Benard Employment Agreement | D*000230 | D*000234 |
| 50. | Mary Benard 2016 W-4 | D*000247 | D*000248 |
| 51. | Mary Benard 2017 and 2018 W-2 | MB-000070 | MB-000071 |

5. Defendants may offer the following exhibits if the need arises or if needed for rebuttal or cross examination of any witnesses:

| No. | Document Description | Document No. |
|---|---|---|
| 52. | Darrell Kimbrough Answers to Interrogatories and Requests for Production | |
| 53. | Mary Bernard's Answers to Interrogatories and Requests for Production | |
| 54. | Tina Spohn-Ledford Answers to Interrogatories and Requests for Production | |
| 55. | Defendants' First Amended Answers to Plaintiffs' Second Interrogatories | |
| 56. | Defendants' First Supplemental Responses to Plaintiffs Second Request for Production | |
| 57. | Defendants' Responses to Plaintiffs Second Interrogatories | |
| 58. | Defendants' Responses to Plaintiffs Second Request for Production | |

6. Defendants reserve the right to amend these disclosures in response to Plaintiffs' disclosures or as necessary prior to trial.

Respectfully submitted,

COWLES & THOMPSON, PC

By: *Casey S. Erick*
Casey S. Erick
Texas Bar No. 24028564
Email: cerick@cowlesthompson.com

901 Main Street
Suite 3900
Dallas, Texas 75202
Tel. (214) 672-2138
Fax. (214) 672-2338

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2021, a copy of the foregoing was filed electronically using the Court's CM/ECF system and served in accordance with the Federal Rules of Civil Procedure. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

Shawn D. Twing
stwing@mhba.com
Mullin, Hoard & Brown, LLP
500 S. Taylor, Suite 800
Amarillo, Texas 79120-1656

Elizabeth A. Chermel
bchermel@mhba.com
Mullin, Hoard & Brown, LLP
2515 McKinney Ave., Suite 900
Dallas, Texas 75201

By: *Casey S. Erick*
Casey Erick