## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **DARRELL KIMBROUGH, MSN, FNP-C,** | § | |
| **MARY BENARD, MSN, FNP-C and** | § | |
| **TINA SPOHN-LEDFORD, MSN, FNP-C,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CIVIL NO. 2:18-CV-00082-D** |
| | § | |
| **NAEEM KHAN, M.D. and** | § | |
| **AMARILLO URGENT CARE, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS' MOTION IN LIMINE

1.  Any testimony or other evidence, either direct or indirect, regarding Plaintiffs' calculations regarding damages, including the "mental reconstructions" of the alleged off-the-clock hours worked by Plaintiffs using EMR time stamps. See Doc. #121, Order Adopting in Part and Rejecting in Part Magistrate Judge's Findings, Conclusions and Recommendations.

> **AGREED**          **DISPUTED**

2.  Any testimony or other evidence, either direct or indirect, regarding Defendants' prior counsel's (Jeremy Young) comments regarding the case as such would be irrelevant, unfairly prejudicial and hearsay in violation of Rule 401, 402, 403 and 801 of the Federal Rules of Evidence.

> **AGREED**          **DISPUTED**

3.  Any testimony or other evidence, either direct or indirect, regarding the pleadings and service records in the state court actions against Plaintiffs as such would be irrelevant, unfairly prejudicial and hearsay in violation of Rule 401, 402, 403 and 801 of the Federal Rules of Evidence.

> **AGREED**          **DISPUTED**

4.  Plaintiffs should be excluded from offering any testimony by Vicki Ellington, Melissa Chavez, Christy Kimbrough. Plaintiffs have not made proper disclosure of the subject matter on which these witnesses will testify. FED. R. CIV. P. 26, 37; Court's Scheduling Order (Doc. 122 at 8(b)).

> **AGREED**          **DISPUTED**

Respectfully submitted,

COWLES & THOMPSON, PC

By: _____
     Casey S. Erick
     Texas Bar No. 24028564
     Email:  cerick@cowlesthompson.com

     901 Main Street
     Suite 3900
     Dallas, Texas 75202
     Tel. (214) 672-2138
     Fax. (214) 672-2338

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

     Pursuant to Rule 7.1, Defendants conferred with Plaintiffs on the above and they are in dispute.

By: _____

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021 a copy of the foregoing was filed electronically using the Court's CM/ECF system and served in accordance with the Federal Rules of Civil Procedure. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept the electronic filing.

Shawn D. Twing
stwing@mhba.com
Mullin, Hoard & Brown, LLP
500 S. Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas 79120-1656

Elizabeth A. Chermel
Mullin, Hoard & Brown, LLP
2515 McKinney Ave., Suite 900
Dallas, Texas 75201
bchermel@mhba.com

By: _____
      Casey Erick