IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARRELL KIMBROUGH, MSN, FNP-C, § | | |
| MARY BENARD, MSN, FNP-C and § | | |
| TINA SPOHN-LEDFORD, MSN, FNP-C, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | CIVIL NO. 2:18-CV-00082-Z-BR | |
| § | | |
| NAEEM KHAN, M.D. and § | | |
| AMARILLO URGENT CARE, LLC, § | | |
| § | | |
| Defendants. § | | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION FOR LEAVE TO FILE TRIAL BRIEFS**

Plaintiffs Darrell Kimbrough, MSN, FNP-C, Mary Benard, MSN, FNP-C, and Tina Spohn-Ledford, MSN, FNP-C (collectively "Plaintiffs") file this Plaintiffs' Response in Opposition to Defendants' Motion for Leave ("Motion for Leave") requesting the Court to accept Defendants' late filing of Defendants' Trial Brief and Defendants' Response to Plaintiffs' Motion in Limine.

To the extent that Defendants' counsel was confused by the Court's pretrial order (Doc. 122) setting Tuesday, February 9, 2021, as the deadline for both parties to file their respective Trial Briefs and Responses to Motions in Limine, and thus mistakenly calendared that deadline, Defendants' counsel was certainly accurately and timely reminded of that deadline by this Court's Order of Monday, February 8, 2021, denying Defendants' Motion for Continuance (Doc. 142) of the March 2, 2021 trial setting in this lawsuit. Defendants' counsel makes no attempt to set forth and demonstrate how Defendants have satisfied the four good cause elements applicable to modifying a Court's scheduling order entered pursuant to Rule 16 of the Federal Rules of

Civil Procedure. As cautioned in the Court's May 21, 2019 Order, a motion to modify the scheduling order must demonstrate good cause pursuant to the four-factor test under Rule 16 and address each factor. (Doc. 36) (citing Fed. R. Civ. P. 16(b)(4); *Shepherd on behalf of Estate of Shepherd v. City of Shreveport*, 920 F.3d 278, 287 (5th Cir. 2019); *S&W Enterprises, L.L.C. v. SouthTrust Bank of Alabama, NA*, 315 F.3d 533, 536 (5th Cir. 2003); *Reliance Ins. Co. v. Louisiana Land & Expl. Co.*, 110 F.3d 253, 257 (5th Cir. 1997); *Mota v. Beacon Bay Asset Mgmt., L.L.C.*, No. 317-CV-1862-N-BN, 2018 WL 2451849, at *1-4 (N.D. Tex. May 31, 2018)). There can be no doubt but that Defendants have wholly, entirely, and completely failed to even identify, much less demonstrate, good cause sufficient to justify the relief that they request in their Motion for Leave.

As is accurately reported in Defendants' Motion for Leave, Plaintiffs oppose the relief requested by Defendants in their Motion for Leave; and, for the reasons set forth herein, Defendants' Motion for Leave should be denied in its entirety.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Court DENY Defendants' Motion for Leave, and for such other and further relief, both general and special, at law or in equity, to which Plaintiffs may be justly entitled.

Dated: February 10, 2021                                    Respectfully submitted,


                                                     /s/ Elizabeth A. Chermel
                                                     Elizabeth A. Chermel

                                                     MULLIN HOARD & BROWN, LLP
                                                     Shawn D. Twing, SBN 00798008
                                                     stwing@mhba.com
                                                     Mark Logsdon, SBN 00795486

mlogsdon@mhba.com  
500 S. Taylor St., Suite 800  
Amarillo, Texas 79101-1656  
(806) 372-5050 telephone  
(806) 372-5086 facsimile  
Elizabeth Chermel, SBN 24074026  
bbones@mhba.com  
2515 McKinney Avenue, Suite 900  
Dallas, Texas 75201  
(214) 754-0040 telephone  
(214) 754-0043 facsimile  

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following counsel of record, via the court's CM/ECF electronic filing system on February 10, 2021:

> Casey S. Erick
> cerick@cowlesthompson.com
> COWLES & THOMPSON, PC
> 901 Main St, Suite 3900
> Dallas, TX 75202

/s/ Elizabeth A. Chermel
