IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARRELL KIMBROUGH, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:18-CV-082-Z |
| NAEEM KHAN, M.D. and AMARILLO URGENT CARE, LLC, | § § § § | |
| Defendants. | § | |

### ORDER

In light of the continuing response to the COVID-19 public-health pandemic and to further ensure juror safety, it is ordered that the jury in this case be sequestered from the time they report to the jury room each day until released by the Court at the end of each day. This partial sequestration will continue until a verdict is reached and the jury is formally discharged by the Court or until further order of the Court.

Pursuant to this order, while the jury is kept together and not allowed to separate — consistent with social distancing protocols and CDC Guidelines — the reasonable cost of meals incurred by the jury during court recesses will be paid by the Clerk of Court in compliance with juror-fee regulations issued by the Judicial Conference of the United States.

**SO ORDERED.**

February 23, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE